| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:18CR00133-1 SNLJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 4:23-00027-01-CR-W-RK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Edgar Terry Pratt Kansas City, Missouri | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Stephen N. Limbaugh Jr. Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 6, 2023 — TO September 5, 2026 |

**OFFENSE**

Possession with Intent to Distribute Fentanyl

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

    January 20, 2023                                  *[signature]*
       *Date*                                                  *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    February 3, 2023                                 /s/ Roseann A. Ketchmark
    *Effective Date*                                             *United States District Judge*